DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL CHRISTOPHER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0901

[June 4, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Robert Panse, Judge; L.T. Case No. 502024MM001623AXXXSB.

Antony P. Ryan, Regional Counsel, and Danielle Nicole Forté, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke Robert Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***